

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| FREDERICK OATIS | CIVIL ACTION NO. 08-0108 |
| VS. | SECTION P |
| WINN CORRECTIONAL CENTER, ET AL. | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 22nd day of July, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE